DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RENATO VALLE-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>          Plaintiff,   )<br>           )<br>     v.    )<br>           )<br>RENATO VALLE-LOPEZ,   )<br>           )<br>          Defendant.  )<br>_____ ) | NO. CR.S-08-161-EJG<br><br>**STIPULATION AND ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: May 16, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR. Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 16, 2008 be vacated, and the matter be set for status conference on June 13, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case, and the unavailability of counsel.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 13, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED: May 16, 2008.            Respectfully submitted,
4                                  DANIEL J. BRODERICK
                                    Federal Public Defender
5
6
7  DATED: May 16, 2008.            /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Chief Assistant Federal Defender
8                                   Attorney for Defendant
9                                   McGREGOR W. SCOTT
                                    United States Attorney
10
11
12 DATED: May 16, 2008.            /s/Daniel McConkie, Jr.
                                    DANIEL MCCONKIE, JR.
                                    Assistant U.S. Attorney
13                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 13, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 15 , 2008.      /s/ Edward J. Garcia
                           EDWARD J. GARCIA
                           United States District Judge