DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RENATO VALLE-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RENATO VALLE-LOPEZ,<br><br>           Defendant. | NO. CR.S-08-161-EJG<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: June 13, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR. Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 13, 2008 be vacated, and the matter be set for status conference on July 11, 2008 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to consult about possible resolution of the case.
/ / / /
/ / / /

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from June 13, 2008, through and

including July 11, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

DATED: June 12, 2008.                    Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: June 12, 2008.                    /s/ Jeffrey L. Staniels
                                                JEFFREY L. STANIELS
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: June 12, 2008.                    /s/Daniel McConkie, Jr.
                                                DANIEL MCCONKIE, JR.
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

Pursuant to the above stipulation of counsel, time is excluded from today's date through and including July 11, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: June 12, 2008.          /s/ Edward J. Garcia
                                     HON. EDWARD J. GARCIA
                                     Senior United States District Judge